## Anita Dietz, Appellant, v. Firestone Tire and Rubber Company, Appellee.

Term No. 47,023.

opinion filed February 25, 1948; released for publication March 23, 1948. Louis Beasley, of East St. Louis, Wilmer L. Vogt and Russell H. Classen, both of Belleville, for appellant; Turner, Holder & Ackermann, of Belleville, for appellee. Opinion by PRESIDING JUSTICE CULBERTSON. Not to be published in full.